UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DETROY LIVINGSTON,

                      Plaintiff,

vs.                                                 VERDICT FORM

                                                          Case #08-CV-6576

RENEE GATES,

                      Defendant.

---

FIRST CAUSE OF ACTION:

1. Do you find by a preponderance of the evidence that Defendant Renee Gates intentionally violated Plaintiff Detroy Livingston's right to access to the Court?

        Yes _____        No \_\_✓\_\_\_\_\_

Only answer question (2) below if you answered yes to question (1) above:

2. Were Defendant Renee Gates' actions the proximate cause of damages sustained by Plaintiff Detroy Livingston?

        Yes _____        No \_\_✓\_\_\_\_\_

Only if you answered yes to questions number (1) and (2) above, please answer the following:

What amount, if any, of compensatory or nominal damages will fairly compensate Plaintiff Detroy Livingston for any injury resulting from Defendant Renee Gates' actions?

        $ _____



COURT'S EXHIBIT 1

VERDICT FORM
DETROY LIVINGSTON v. RENEE GATES
Case #08-CV-6576

Was your verdict unanimous?
Yes __X__  No ____

I certify the above verdict to be true and accurate.

10/24/13
Date

_____
Signature of Foreperson