United States District Court
Western District of New York

DETROY LIVINGSTON,

        Plaintiff,

-vs-                                 Case No: 08-CV-6576

JAMES ESCROW, et al.,

        Defendants.

---

      A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit dated and issued as Mandate on April 13, 2016, having been filed in the Office of the Clerk of this Court on April 13, 2016, it is hereby

      ORDERED, ADJUDGED AND DECREED that said Mandate be, and hereby is, made the Judgment of this Court.

_____
Frank P. Geraci, Jr.
United States District Judge

Dated: April 13, 2016